UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| BRONSON SHELLEY, | ) | Civil Action No.: 4:13-cv-1913-JFA-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| MICHAEL FILES, JUSTIN EACHES and | ) | |
| NATHAN ROLLINS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights have been violated. Presently before the Court is Defendants' Motion to Compel (Document # 44).[1] All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(d), DSC. Defendants served Plaintiff with Defendants' First Set of Interrogatories and First Requests for Production on November 12, 2013, and Plaintiff has failed to answer the discovery requests. Defendants seek an order compelling Plaintiff to provide full and complete responses to their discovery requests, establishing the undisclosed evidence in favor of the Defendants, and requiring Plaintiff to pay the costs incurred by Defendants bringing the present Motion. Plaintiff has not filed a response to the Motion.

Accordingly, Defendants' Motion to Compel (Document # 44) is **GRANTED** in part. **Plaintiff is directed to serve responses to Defendants' First Set of Interrogatories and First Requests for Production within fifteen days of the date of this order.**

**IT IS SO ORDERED.**

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

March 11, 2014
Florence, South Carolina

---

[1] Also pending is Defendants' Motion for Summary Judgment (Document # 47) which will be addressed by separate Report and Recommendation.